

**Shapiro Arato Bach** LLP

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880
www.shapiroarato.com

Cynthia S. Arato
carato@shapiroarato.com
Direct: 212-257-4882

April 16, 2026

VIA ECF

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

CC: All Counsel of Record (via ECF)

> GRANTED. Defendant's omnibus opposition shall be due by **May 5, 2026**. Plaintiff's omnibus reply shall be due by **May 19, 2026**. Counsel for the parties shall appear for a hearing at **2:00 p.m.** on **Friday, June 5, 2026**. The hearing will take place in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.
>
> SO ORDERED. Dated April 17, 2026.
>
> HON. MARGARET M. GARNETT
> UNITED STATES DISTRICT JUDGE

Re:    *Virtus Inc. v. Orchard Enterprises NY, Inc.*, No. 26-cv-1883 (MMG)

Dear Judge Garnett:

We represent Defendant Orchard Enterprises NY, Inc. and write on behalf of all parties, pursuant to the Court's direction, to propose a briefing schedule for Plaintiff's Motion for a Preliminary Injunction and application for expedited discovery. The parties propose the following schedule:

May 5 – Defendant to file its Omnibus Opposition to the Motion for Preliminary Injunction and application for expedited discovery (and any Motion to Seal).

May 19 – Plaintiff to file its Omnibus Reply (and any Motion to Seal).

To the extent the Court is available, the parties respectfully request the Court hear this matter on June 2-4, 2026 (with a preference for June 3 or 4). The parties request these dates because Defendant's counsel will be out of the country the last two weeks in May and Plaintiff's counsel has an arbitration starting the week of June 8, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Cynthia S. Arato*
Cynthia S. Arato